NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**WSOU INVESTMENTS LLC, dba Brazos Licensing and Development,**
*Plaintiff-Appellant*

**v.**

**GOOGLE LLC,**
*Defendant-Appellee*

---

2025-1933

---

Appeal from the United States District Court for the Western District of Texas in No. 6:20-cv-00572-ADA, Judge Alan D. Albright.

---

**ON MOTION**

---

**O R D E R**

WSOU Investments LLC submits its opening brief, ECF No. 13, and moves unopposed at ECF No. 17 to strike an earlier-filed confidential version, ECF No. 10, with redactions the parties have determined to be unnecessary.

Upon consideration thereof,

IT IS ORDERED THAT:

ECF No. 17 is granted, and ECF No. 13 is accepted as WSOU Investments's opening brief.

FOR THE COURT

December 4, 2025
Date

Jarrett B. Perlow
Clerk of Court